**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RACQUEL HYLTON,

      Plaintiff,

v.                                                        Case No: 6:16-cv-1346-Orl-40KRS

EVERALBUM, INC.,

      Defendant.
_____/

## ORDER

This cause came on for consideration following review of the Joint Stipulation of Voluntary Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 35). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on November 3, 2016.

                                                      PAUL G. BYRON
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties